**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kelton William Waite** | Social Security number or ITIN | **xxx–xx–2682** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Shawnee Jae Waite** | Social Security number or ITIN | **xxx–xx–0739** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **District of Utah**

Case number: **22–24965 KRA**

Date case filed for chapter **7: 12/21/22**

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Kelton William Waite | Shawnee Jae Waite |
| **2. All other names used in the last 8 years** | | aka Shawnee Jae Schenk |
| **3. Address** | 4548 S 3600 W<br>Roy, UT 84067 | 4548 S 3600 W<br>Roy, UT 84067 |
| **4. Debtor's attorney** Name and address | Theron D. Morrison<br>290 25th Street, Ste 102<br>Ogden, UT 84401 | Contact phone (801) 392–9324<br>Email: topofutahlaw@gmail.com |
| **5. Bankruptcy trustee** Name and address | Philip G. Jones tr<br>1215 South Main Street<br>Orem, UT 84058 | Contact phone (801) 358–7968<br>Email: trustee@theo7.com |


**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Meeting to be held on:<br>**January 24, 2023 at 11:30 AM**<br><br>Location:<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (385) 363–3817, Enter Meeting ID 373 348 2031, and Passcode 7158741279** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/27/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

District of Utah

In re: Kelton William Waite, Shawnee Jae Waite, Debtors

Case No. 22-24965-KRA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-2 | User: admin | Page 1 of 3
Date Rcvd: Jan 03, 2023 | Form ID: 309A | Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kelton William Waite, Shawnee Jae Waite, 4548 S 3600 W, Roy, UT 84067-8846 |
| 12137342 | + | Bear River Medical Arts, 300 W. 1400 S., Garland, UT 84312-9101 |
| 12137343 | + | Bear River Valley Hospital, 905 N 1000 W, Tremonton, UT 84337-2497 |
| 12137346 | + | Brett S. Walker, 5444 S Green Street, Salt Lake City, UT 84123-5632 |
| 12137349 | + | Christopher S. English, 1551 Renassance Towne Drive, Suite 400, Bountiful, UT 84010-7676 |
| 12137350 | + | Comcast, 500 Graver Road Suite 3000, Plymouth Meeting, PA 19462-1719 |
| 12137355 | | Independant University, PO BOX 5755777, Salt Lake City, UT 84157 |
| 12137357 | + | Intermountain Homecare, 11520 S Redwood RD, South Jordan, UT 84095-7805 |
| 12137358 | + | Intermountain Homecare DUE 1190, P.O. Box 30180, Salt Lake City, UT 84130-0180 |
| 12137359 | | Intermountain Horefordshine Instacare, 1915 W 5950 S, Wales, UT 84667 |
| 12137361 | + | Jan-Girk Schow, MD, 300 W 1400 S, Garland, UT 84312-9100 |
| 12137362 | + | Kevin A Murphy MD, 935 N 1000 W, Tremonton, UT 84337-9356 |
| 12137364 | | Layne T Summers, 905 N 100 W, Tremonton, UT 84337 |
| 12137365 | + | Layton Hospital, 201 Layton Parkway, Layton, UT 84041-3692 |
| 12137369 | + | North Davis Anesthesiology, 1600 Antelope Dr, Layton, UT 84041-1142 |
| 12137372 | + | Questar Gas/Dominion Energy, 2974 S Washington Blvd, Ogden, UT 84401-3721 |
| 12137376 | + | Steven Henager College, PO Box 166, Ogden, UT 84402-0166 |
| 12137377 | + | Steven M. Icelly, 3741 W 12600 S, Riverton, UT 84065-7215 |
| 12137378 | + | Summit Hand Therapy, 1992 W Antelope Drive, Suite 1D, Layton, UT 84041-4974 |
| 12137379 | + | Tanner Clinic, 2121 N. 1700 W., Layton, UT 84041-1185 |
| 12137380 | + | Troy N Cummens, 1544 W Antelope Dr, Layton, UT 84041-1146 |
| 12137381 | + | U of U Health, 165 N University Ave, Farmington, UT 84025-2990 |
| 12137383 | + | Wee Care Pedicatrics, 2084 N 1700 W, Suite A, Layton, UT 84041-1118 |
| 12137384 | + | Wells Fargo Auto, 6200 Park Ave, 1st Floor, Des Moines, IA 50321-1270 |
| 12137385 | + | Zina South, 1344 S Martin Luther King S, Unit C301, Seattle, WA 98144-3700 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: topofutahlaw@gmail.com | Jan 04 2023 02:55:00 | Theron D. Morrison, 290 25th Street, Ste 102, Ogden, UT 84401 |
| tr | + | EDI: QPGJONES | Jan 04 2023 07:59:00 | Philip G. Jones tr, 1215 South Main Street, Orem, UT 84058-6849 |
| 12137340 | + | Email/Text: bankruptcy@acimacredit.com | Jan 04 2023 02:56:00 | Acima Credit, 13907 S Minuteman Dr, Draper, UT 84020-9869 |
| 12137341 | + | Email/Text: e-bankruptcy@americafirst.com | Jan 04 2023 02:56:00 | America First Credit Union, 4051 S 1900 W, Roy, UT 84067-4100 |
| 12137344 | + | Email/Text: banko@bonncoll.com | Jan 04 2023 02:56:00 | Boneville Collections, 6026 Fashion Point Drive, Ogden, UT 84403-4851 |
| 12137345 | + | Email/Text: banko@bonncoll.com | Jan 04 2023 02:56:00 | Bonneville Collections, 6026 Fashion Point Dr, |

| | | | |
|---|---|---|---|
| | | | Ogden, UT 84403-4851 |
| 12137347 | + Email/Text: rm-bknotices@bridgecrest.com | Jan 04 2023 02:56:00 | Bridge Crest, 7300 E Hampton Ave, #101, Mesa, AZ 85209-3324 |
| 12139057 | + EDI: AISACG.COM | Jan 04 2023 07:59:00 | Bridgecrest Acceptance Corporation, by AIS Portfolio Services, LP as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 12137348 | + Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 04 2023 02:56:00 | Cashnet USA, P.O. Box 206739, Dallas, TX 75320-6739 |
| 12137351 | + EDI: CCS.COM | Jan 04 2023 07:59:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 12137352 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 04 2023 03:08:06 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 12137354 | + Email/Text: bankruptcy@expressrecovery.com | Jan 04 2023 02:56:00 | Express Recovery, 2790 Decker Lake Dr., Salt Lake City, UT 84119-2057 |
| 12137360 | EDI: IRS.COM | Jan 04 2023 07:59:00 | IRS, 50 S 200 E, Mail Stop 5021, Salt Lake City, UT 84111 |
| 12137356 | ^ MEBN | Jan 04 2023 02:54:26 | Integra Credit, 120 S. LaSalle St., Suite 1600, Chicago, IL 60603-3402 |
| 12137363 | Email/Text: govtaudits@labcorp.com | Jan 04 2023 02:56:00 | LabCorp, PO Box 2240, Burlington, NC 27216 |
| 12137367 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2023 03:07:54 | LVNV Funding, PO Box 10584, Greenville, SC 29603-0584 |
| 12137366 | + Email/Text: legal@liftcredit.com | Jan 04 2023 02:56:00 | Lift Credit LLC, 3214 N. University Ave. #601, Provo, UT 84604-4405 |
| 12137368 | ^ MEBN | Jan 04 2023 02:54:53 | NCB Management Service, 1 Allied Dr, Feasterville Trevose, PA 19053-6945 |
| 12137370 | + Email/Text: orsbankruptcy@utah.gov | Jan 04 2023 02:56:00 | ORS, P.O. Box 45011, Salt Lake City, UT 84145-0011 |
| 12137353 | Email/Text: smgutahbankruptcycourt@steward.org | Jan 04 2023 02:55:00 | Davis Hospital and Medical Center, 1600West Antelope Dr., Layton, UT 84041 |
| 12137371 | Email/Text: info@plazaservicesllc.com | Jan 04 2023 02:55:00 | Plaza Services, 110 Hammond Drive, Atlanta, GA 30328 |
| 12137373 | + EDI: PHINELEVATE | Jan 04 2023 07:59:00 | Rise Credit, 4150 International Plaza, Suite 300, Fort Worth, TX 76109-4819 |
| 12137374 | + Email/Text: bankruptcynotifications@pacificorp.com | Jan 04 2023 02:56:00 | Rocky Mountain Power, 1407 W North Temple, Salt Lake City, UT 84116-3187 |
| 12137375 | Email/Text: support@spirerecoverysolutions.com | Jan 04 2023 02:56:17 | Spine Recovery Solutions, 57 Canal St, Suite 302, Lockport, NY 14094 |
| 12137382 | + EDI: UTAHTAXCOMM.COM | Jan 04 2023 07:59:00 | USTC, Bankruptcy Dept., 210 North 1950 West, Salt Lake City, UT 84134-9000 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Philip G. Jones tr | trustee@theo7.com PJones2@ecf.axosfs.com |
| Theron D. Morrison | on behalf of Debtor Kelton William Waite topofutahlaw@gmail.com cory@morlg.com;chapter7email@gmail.com |
| Theron D. Morrison | on behalf of Joint Debtor Shawnee Jae Waite topofutahlaw@gmail.com cory@morlg.com;chapter7email@gmail.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4